### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

OLGA TARASENKO                                                                                          PLAINTIFF

v.                                              No. 4:14CV00417 JLH

UNIVERSITY OF ARKANSAS, et al.                                                          DEFENDANTS

### JUDGMENT

Pursuant to the Order entered separately today, Olga Tarasenko's claims arising under federal law are dismissed with prejudice. Her claims arising under state law are dismissed without prejudice.

IT IS SO ORDERED this 19th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE